IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>VICTOR RAY JACKSON,<br>[DOB: 12/25/53]<br><br>        Defendant. | No. 02-00002-01-CR-W-5<br><br>COUNT ONE:  18 U.S.C. §§ 2251(a) and (d)<br>NLT 15 years; NMT 30 years<br>NMT $250,000 Fine<br>Supervised Release: NMT 5 years<br>Class A Felony<br><br>COUNT TWO:  18 U.S.C. § 2422(b)<br>NMT 15 years<br>NMT $250,000 Fine<br>Supervised Release: NMT 3 years<br>Class C Felony<br><br>COUNT THREE:  18 U.S.C. § 2423(b)<br>NMT 15 years<br>NMT $250,000 Fine<br>Supervised Release: NMT 3 years<br>Class C Felony<br><br>$100 Mandatory Special Assessment (Each Count) |

FILED JAN 2 2002 PAT BRUNE, CLK. U.S. DISTRICT COURT WEST DISTRICT OF MISSOURI GK

**I N D I C T M E N T**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

Between on or about November 2, 2001, and December 14, 2001, the dates being approximate, in the Western District of Missouri and elsewhere, VICTOR RAY JACKSON, defendant herein, did knowingly attempt to employ, use, persuade, induce, and entice a minor to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct; and VICTOR RAY JACKSON, the defendant herein, knew and had reason to know that

ORIGINAL

such visual depiction would be transported in interstate and foreign commerce and mailed, and that the visual depiction would be produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

Between on or about November 2, 2001, and December 14, 2001, the dates being approximate, in the Western District of Missouri and elsewhere, VICTOR RAY JACKSON, defendant herein, knowingly used the mail and facilities of interstate and foreign commerce to attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, statutory sodomy in the first degree as proscribed by Section 566.062 of the Statutes of the State of Missouri (1995), in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE

On or about December 14, 2001, in the Western District of Missouri and elsewhere, VICTOR RAY JACKSON, defendant herein, knowingly traveled in interstate commerce for the purpose of engaging in a sexual act, as that is defined in Title 18, United States Code, Section 2246, with a person under 18 years of age; and the attempted sexual act would be in violation of Chapter 109A, that is, sexual abuse of a minor as set out in Title 18,

-2-

United States Code, Section 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States; in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL.

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature: Katharine Fincham]*
Katharine Fincham #32570
Assistant United States Attorney

Date: January 2, 2002