PROB 12B
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is Attached)*

---

**Name of Offender:** Victor Ray Jackson                                    **Case Number:** 1:19-cr-00046-001

**Name of Sentencing Judicial Officer:** Nanette Laughrey, U.S. District Judge (Sentencing)
                                        John A. Jarvey, Chief U.S. District Judge (Current)

**Date of Original Sentence:** August 29, 2002

**Original Offense:** 18 U.S.C. § 2251(a) - Sexual Exploitation of a Minor

**Original Sentence:** 210 months imprisonment; 60 months supervised release

**Date Original Supervision Commenced:** March 14, 2017

**Date Current Supervision Commenced:** March 14, 2017

**Prior Modification(s)/Revocation(s):** March 8, 2018 – Information Report (Not filed in Western District of Missouri)
                                        July 6, 2018 – Location Monitoring

---

### PETITIONING THE COURT

☐ To extend the term of supervision for ... years, for a total term of ...years.

☒ To modify the conditions of supervision as follows:

*You must submit to Computer Voice Stress Analyzer examinations, as directed by the U.S. Probation Officer. You must contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third-party payment. The examinations shall be conducted by examiners approved by the U.S. Probation Office, who shall release all reports to the U.S. Probation Office. The results of Computer Voice Stress Analyzer examinations will not be used for the purpose of revocation of supervised release or probation. If disclosure is required by mandatory reporting laws, results will be reported to appropriate treatment personnel, law enforcement, and related agencies with the approval of the Court. If Computer Voice Stress Analyzer examination results reveal possible new criminal behavior, this will be reported to the appropriate law enforcement and related agencies after obtaining approval from the Court.*

### CAUSE

On June 24, 2019, Mr. Jackson provided the U.S. Probation Office with a letter from his physician, Michael Mahoney, MD, advising that due to ongoing health complications that have failed to improve over the past year, polygraph examinations should be excluded if other modalities can be provided to monitor supervision and treatment compliance.

The Western District of Missouri was notified of the request to modify conditions of supervision on that same date. Subsequently, the Western District of Missouri requested jurisdiction of this case be transferred to the Southern District of Iowa for all future supervision and Court ruling needs. The Southern District of Iowa accepted jurisdiction of this case on July 24, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 29, 2019

by: *Stephanie C. Palser*
Stephanie C. Palser
U.S. Probation Officer

---

The United States Attorney's Office:

[X] Does not object to the proposed action.

[ ] Objects but does not request a formal hearing be set.

[ ] Objects and will petition the Court requesting that a formal hearing be set.

Richard E. Rothrock
Assistant United States Attorney

*Richard E. Rothrock*
Signature

---

THE COURT ORDERS:

[ ] No action.

[ ] The extension of supervision as noted above.

[ ] The modification of conditions as noted above.

[ ] The issuance of a summons so a hearing can be held on _____

at _____

_____
Signature of Judicial Officer

_____
Date

PROB 49
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*You must submit to Computer Voice Stress Analyzer examinations, as directed by the U.S. Probation Officer. You must contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third-party payment. The examinations shall be conducted by examiners approved by the U.S. Probation Office, who shall release all reports to the U.S. Probation Office. The results of Computer Voice Stress Analyzer examinations will not be used for the purpose of revocation of supervised release or probation. If disclosure is required by mandatory reporting laws, results will be reported to appropriate treatment personnel, law enforcement, and related agencies with the approval of the Court. If Computer Voice Stress Analyzer examination results reveal possible new criminal behavior, this will be reported to the appropriate law enforcement and related agencies after obtaining approval from the Court.*

☒ I agree to the above modification based on the cause outlined in the attached petition.
☐ I do not dispute that I have violated the conditions of my supervision, as outlined in the attached petition and agree to the modification of my conditions as outlined above.
☐ I dispute that I have violated the conditions of my supervision, as outlined in the attached petition, but I agree to the modification of my conditions as outlined above.

Witness _[signature]_ Stephanie C. Palser    Signed _[signature]_
(U.S. Probation Officer)                     (Probationer or Supervised Releasee)

_7-29-19_
(Date)